■ In the Matter of ALFONSO RIZZUTO, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [19 NYS3d 916]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the disciplinary determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Shields v Prack*, 131 AD3d 774, 774-775 [2015]; *Matter of Proctor v Annucci*, 131 AD3d 751 [2015]).

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.